## FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

JUN 04 2020

PER _____ MW
DEPUTY CLERK

(1) FRANKLYN MOLINA  75151-067
(Name of Plaintiff)   (Inmate Number)

FEDERAL SATELLITE LOW - ELKTON
(Address)

(2) N/A        N/A
(Name of Plaintiff)   (Inmate Number)

N/A
(Address)

(Each named party must be numbered, and all names must be printed or typed)

1:17-CR-072
(Case Number)

vs.

CIVIL COMPLAINT

(1) UNITED STATES
(2) N/A
(3) N/A
(Names of Defendants)

(Each named party must be numbered, and all names must be printed or typed)

TO BE FILED UNDER: _____ 42 U.S.C. § 1983 - STATE OFFICIALS
                     ✓  28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.  PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

NOT APPLICABLE

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ___Yes ✓No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ___Yes ✓No

C. If your answer to "B" is Yes:

  1. What steps did you take? N/A

  2. What was the result? N/A

D. If your answer to "B" is No, explain why not: NONE ARE AVAILABLE FOR THIS ACTION (SUIT)

## III. DEFENDANTS

(1) Name of first defendant: UNITED STATES
  Employed as N/A at N/A
  Mailing address: N/A
(2) Name of second defendant: N/A
  Employed as N/A at N/A
  Mailing address: N/A
(3) Name of third defendant: N/A
  Employed as N/A at N/A
  Mailing address: N/A

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. PLEASE SEE LETTER ATTACHED.

2

2. _____

3. _____

V. **RELIEF**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. PLEASE SEE LETTER ATTACHED.

2. _____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___1___ day of __JUNE_____, 20_20_.

_____Franklyn B. Molina_____
(Signature of Plaintiff)

## IV STATEMENT OF CLAIM

1. I PLED GUILTY TO CONSPIRACY TO PUBLISH A NOTICE OR ADVERTISEMENT SEEKING CHILD PORNOGRAPHY, AND CONSPIRACY TO RECEIVE AND DISTRIBUTE CHILD PORNOGRAPHY. AS A RESULT OF THE LATTER CHARGE I WAS ORDERED TO PAY A TOTAL OF $40,000 TO FOUR VICTIMS. I DO NOT KNOW ANY OF THE FOUR VICTIMS AND THEY ONLY KNOW OF MY CASE BECAUSE THE U.S. ATTORNEY CONTACTED EACH VICTIMS ATTORNEY. I DID NOT CAUSE ANY INJURY TO ANY VICTIM. THERE IS NO RELATION BETWEEN WHAT HAPPENED TO THEM AND THE VIDEOS THAT ARE TRAFFICKED WITH AN EMBEDDED CODE (SOURCE CODE) THAT IS TRACKED BY FEDERAL AGENTS. I DID NOT CREATE THE VIDEOS. I DID NOT AND DO NOT PROMOTE SUCH VIDEOS. I DO NOT GET GRATIFICATION FROM WHAT WAS DONE TO THE VICTIMS.

## V RELIEF

1. I WANT THE COURT TO REVERSE THE RESTITUTION FOR NO EVIDENCE WAS PRESENTED SHOWING I WAS INVOLVED WITH ANY OF THE VICTIMS. ALTERNATIVELY, THE COURT SHOULD GRANT A NOMINAL AWARD OF $100. I HAVE NO WAY TO PAY OFF THE LARGE RESTITUTION AMOUNT THAT HAS BEEN AWARDED. THE PROSPECT OF FINDING MEANINGFUL EMPLOYMENT UPON RELEASE FROM DETENTION IS NOT LIKELY.

2. THAT THE COURT GRANT ANY FURTHER OR OTHER RELIEF THAT IS JUST AND PROPER.